ROBERT R. BALDWIN AND CAROL A. BALDWIN, PLAINTIFFS-
RESPONDENTS, v. NEW JERSEY DIVISION OF TAXATION,
DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued December 19, 1989—Decided January 2, 1990.

Before Judges ANTELL, BILDER and ASHBEY.

*Julian F. Gorelli,* Deputy Attorney General, argued the cause for appellant (*Peter N. Perretti, Jr.,* Attorney General of New Jersey, attorney; *Michael R. Clancy,* Assistant Attorney General, of counsel; *Julian F. Gorelli,* on the brief).

Respondents argued the cause *pro se.*

PER CURIAM.

The judgment presented for review is affirmed substantially for the reasons stated by Judge Andrew for the Tax Court which is published at 10 *N.J. Tax* 273 (Tax Ct.1988).